IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELVIN JOHNSON, | ) |
| | ) Civil Action No. 21 – 182J |
| Petitioner, | ) |
| | ) |
| v. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| WARDEN BRADLEY, *USP Canaan*, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

Petitioner has submitted for review a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241, challenging disciplinary conduct proceedings stemming from an incident report he received at FCI Ray Brook on March 25, 2020. Under 28 U.S.C. § 2241, petitions for habeas corpus must be filed in a prisoner's district of confinement. Petitioner is currently incarcerated at the USP Canaan in Waymart, Pennsylvania, which is located within the territorial boundaries of the Middle District of Pennsylvania. Therefore, in the interest of justice, this Court will transfer his Petition to the United States District Court for the Middle District of Pennsylvania.

**AND NOW**, this 6th day of December, 2021;

**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania, Scranton Division.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED** and **TRANSFER** forthwith.

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

1

Cc: Melvin Johnson
56153-060
Canaan
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 300
Waymart, PA  18472